# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KIRSHA BROWN,

      Plaintiff,

v.

THE SALVATION ARMY, et al.,

      Defendants.

2:10-CV-653 JCM (LRL)

## ORDER

Presently before the court is the magistrate judge's report and recommendation to dismiss the complaint with prejudice. (Doc. #7).

Local Rule IB 3-1 states that any party wishing to object to the ruling of the magistrate judge on a pretrial matter shall file a specific objection within ten (10) days from the date of service of the magistrate judge's ruling.

Objections to the report and recommendation were due by August 29, 2010. (Doc. #7). However, on September 27, 2010, this court extended the objection period to October 23, 2010, due to plaintiff having been incarcerated for several weeks. (Doc. #11). To date, plaintiff has failed to file any objections to the report and recommendation.

Upon review of the magistrate judge's report and recommendation (doc. #7), and there being no objections filed, this court agrees with Magistrate Judge Leavitt's recommendation that the complaint be dismissed as delusional and frivolous.

Accordingly,

. . .

**James C. Mahan**
**U.S. District Judge**

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that United States Magistrate Judge Lawrence Leavitt's report and recommendation (doc. #7) is AFFIRMED in its entirety.

IT FURTHER ORDERED that instant action is hereby DISMISSED with prejudice.

DATED November 1, 2010.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -